UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
BASELOAD ENERGY, INC.,                  )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )        Civil Action No. 08-01838 (PLF)
                                        )
BRYAN W. ROBERTS,                       )
                                        )
            Defendant.                  )
_____)


ORDER AND JUDGMENT

        For the reasons set forth in the Opinion issued this same day, it is hereby

        ORDERED that the defendant's motion to dismiss [12] is GRANTED; it is

        FURTHER ORDERED that Sky Windpower Corporation's motion to intervene

[14] is DENIED as moot; it is

        FURTHER ORDERED that plaintiff's motion to stay and for leave to take

discovery [17] is DENIED as moot; and it is

        FURTHER ORDERED that this case is DISMISSED with prejudice. The Clerk

of the Court shall remove this case from the docket of the Court. This is a final appealable order.

See FED. R. CIV. P. 4(a).

            SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: September 17, 2009